

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00372-CV

**EAGLE ROCK TIMBER, INC.**,
Appellant

v.

**ROCK HARD RENTAL, LLC** and Solid Rock Crushing, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 18992B
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are assessed against appellant.

It is further ORDERED that appellees Rock Hard Rental, LLC and Solid Rock Crushing, LLC, recover from the supersedeas bond filed by appellant, Eagle Rock Timber, Inc., and its surety, U.S. Specialty Insurance Company, the amount of the judgment against the surety, including costs of this appeal, up to but not in excess of the supersedeas amount of $998,479.31, after payment of which the surety is released from further liability.

SIGNED June 20, 2024.

_____
Lori I. Valenzuela, Justice